Honorable _____
Judge;, Sixth Appellate District Court

RECEIVED IN
The Court of Appeals
Sixth District

AUG 2 8 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

AUG 2 8 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Bi-State Justice Building
100 North State Line Avenue #20
Texarkana, Texas 75501

RE: Appeal Cause Number
06-15-00086-CR-06-15-00089-CR
Trial Cause Number
1424392, 1424393, 1424394, 1424395

Dear Judge _____;

I recieved Notice that my appellate attorney filed an Anders brief and was allowed by this Court to with drawl from my appeal. I am enclosing a copy of my letter to the Court of Appeals notifying them that I wish to file a pro se brief or response.

By this letter, I am requesting that the Appellate record be made available to me so that I may prepare a pro se brief or response to the Anders brief

I request that the record (or a copy) be sent to TDCJ-ID so that I may use the writ room on my unit. If the District Clerk copy is sent. I will see that it is returned. If this cannot be arranged, I request that I be bench-warranted back to the County and allowed access to the

Appellate record and law library.

Respectfully,

Samuel Moses Williams

Appellant pro se
1385 FM. 3320
Palestine, Texas 75803

(9)